**Siegfried WAGIU; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–73995.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2012.*

Filed July 24, 2012.

Kathleen Siok–Sien Koh, Esquire, Law Office of Kathleen S. Koh, Whittier, CA, for Petitioners.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Oil, Corey Leigh Farrell, Gregory Darrell Mack, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Siegfried Wagiu and his family, natives and citizens of Indonesia, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion, *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir.2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely where it was filed over three years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to establish changed circumstances in Indonesia to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at 987 (evidence submitted with motion to reopen must be qualitatively different from the evidence presented at the original hearing); *see also Azanor v. Ashcroft,* 364 F.3d 1013, 1022 (9th Cir.2004) (regulatory exception to time limitation does not extend to alleged changes in United States asylum law). We reject petitioners' contention that the BIA failed to sufficiently explain its decision. *See Najmabadi,* 597 F.3d at 990.

In light of our decision in *Wagiu v. Mukasey,* 299 Fed.Appx. 686 (9th Cir. 2008), the BIA did not abuse its discretion in denying the motion to reopen to apply our decisions in *Wakkary v. Holder,* 558 F.3d 1049 (9th Cir.2009), and *Tampubolon v. Holder,* 610 F.3d 1056 (9th Cir.2010).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.